UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL K., | Case No. 25-CV-2628 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security; ANGELICA ALFONSO-ROYALS, Acting Director of U.S. Citizenship and Immigration Services, | |
| Defendants. | |

Nicholas Ratkowski, RATKOWSKI LAW PLLC, for plaintiff.

Liles H. Repp, UNITED STATES ATTORNEY'S OFFICE, for defendants.

Plaintiff Samuel K. filed this action to remedy the delay in processing his Form N-400 naturalization application. Samuel seeks to have this Court either grant his pending application or, in the alternative, order United States Citizenship and Immigration Services ("USCIS") to promptly adjudicate the application. ECF No. 1 at 8; *see* 8 U.S.C. § 1447(b) (if USCIS fails to adjudicate a naturalization application within 120 days after the examination required by 8 U.S.C. § 1446, an applicant may apply to the appropriate district court for a hearing on the matter).

This matter is before the Court on defendants' motion to remand this matter to USCIS so that it may issue a decision on Samuel's application within 60 days. Under

§ 1447(b), a court may "either determine [a naturalization application] or remand the matter, with appropriate instructions, to the Service to determine the matter."

The Court certainly understands Samuel's frustration with the delay, but the fact remains that USCIS is far better suited than this Court to address a naturalization application in the first instance.  *See Elmi v. Tritten*, No. 17-CV-4762 (PJS/FLN), 2018 WL 1701929, at *2 (D. Minn. Apr. 6, 2018) (remanding because "[t]he agency has expertise that is not possessed by this Court, and the agency has already devoted a considerable amount of time to investigating" the applicant).  The Court will therefore order that USCIS render a decision within 60 days and will retain jurisdiction over this action to ensure that its order is followed.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to remand [ECF No. 9] is GRANTED.

2. Pursuant to 8 U.S.C. § 1447(b), this matter is REMANDED to United States Citizenship and Immigration Services ("USCIS") for a decision on the Form N-400 Application for Naturalization submitted by plaintiff.

3. USCIS must render its decision on plaintiff's application no later than 60 days after the date of this order.

4. Defendants are directed to immediately notify the Court when USCIS has rendered its decision. If USCIS fails to render a decision within 60 days after the date of this order, plaintiff should notify the Court.

Dated:  November 24, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court